UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 25 2018   ★

LONG ISLAND OFFICE

(1800l257)   Michael MATTHEWS 33⅓°

Full name of plaintiff/prisoner ID#

Plaintiff,

**JURY TRIAL DEMAND**
YES ✓     NO _____

-against-

Judge ERicA PrAJER, Judge DAviD Sillvad, Steven Schwartz, carolyn Kelly, DeT Kevin M. Madden, AR Porter, Judge Robert BigLE, District Attorney Madeline Singas, DeT Darren J Coughlin, DeT John Mitchell, DeT. Larry A Brue, DET. Ryan Hines, DeT. Sgt Jeffery S. Raymond, ADA Macino, ADA Vitagliano, COUNTY OF NASSAU, Attorney David HARRR, Legal Aide Society Attorday N. Scottbanks, Attorney TARYN Shechter, County Attorney Jared A Kasschau. Attorney Martin Goldberg

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.

---------------------------------------------x

# CV-18-4227

**AZRACK, J.**

**TOMLINSON, M.J.**

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (X)

   B.   If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiffs: _____
                     _____

         Defendants: _____
                     _____

      2.   Court (if federal court, name the district; if state court, name the county)
         _____

      3.   Docket Number: _____

**RECEIVED**
JUL 25 2018
EDNY PRO SE OFFICE

Certified MAil # 7016 1970 0000 4072 2792

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____ ____

7. Approximate date of disposition: .. _____

II.    Place of Present Confinement: NASSAU COUNTY JAIL

    A. Is there a prisoner grievance procedure in this institution? Yes (X) No ( )

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (X)

    C. If your answer is YES,

        1. What steps did you take? _____

_____

_____

        2. What was the result? _____

_____

    D. If your answer is NO, explain why not _____

_____

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (X)

    F. If your answer is YES,

        1. What steps did you take? _____

_____

_____

        2. What was the result? _____

_____

2

addresses in Attachment A. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Michael Matthews 33 1/3°

Address  100 Carman Ave  EAST Meadow  NY. 11554

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served.
Plaintiff must provide the address for each defendant named.

Defendant No. 1

Judge ERicAl PRAGER
262 Old CouNTRY Road
MiNeola NY. 11501

Defendant No. 2

Judge Robert BOGLE
262 Old CouNTRY Road
MiNeola NY. 11501

Defendant No. 3

JUDGE DAViD Sullivan
262 OLD CouNTRY Road
MiNeola N.Y. 11501

Defendant No. 4

DisTRicT ATTORNEY MADeliNe SiNgas
262 OlD CouNTRY Road
MiNeola N.Y. 11501

Defendant No. 5

SchwarTz
STeveN Schwartz — GENeral Litigation
262 OLD CouNTRY Road
MiNeola, NY. 11501

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

DEFENDANT No. 6 Copy clerk of Court possessing Bureau

262 Old Country Road
Mineola N.Y. 11501

Defendant No. 7  DETECTIVE Kevin M. MADDEN

~~Nassau County Police Dept 3rd Squad~~
~~Hillside Ave~~
~~Williston Park N.Y.~~

Garden City Police Dept
Stewart Ave
Garden City N.Y.

Defendant No. 8  Detective Darren J. Coughlin
NASSAU COUNTY POLICE DEPT 3rd SQUAD
Hillside Ave
Williston Park, N.Y.

DEFENDANT No. 9  Detective John Mitchell
NASSAU COUNTY Police Dept 3rd Squad
Hillside Ave
Williston Park N.Y.

Defendant No. 10  Detective LARRY A BRUE
NASSAU County Police Dept 3rd Squad
Hillside Ave
Williston Park, N.Y.

Defendant No. 11  Detective Ryan Hines
NASSAU County Police Dept 3rd Squad
Hillside Ave
Williston Park N.Y.

Defendant No. 12.  Detective Sgt. Jeffrey S. Raymond
NASSAU County Police Dept 3rd Squad
Hillside Ave
Williston Park N.Y.

Defendant 13  COUNTY of NASSAU
1 WEST STReet
Mineola, N.Y. 11501
ATTN: JARED A. KASSCHAU
COUNTY ATTORNEY

DEFENDANT 14     ASSISTANT DISTRICT ATTORNEY
                 OR
                 ADA\ MARINO
                 262 OLD COUNTRY ROAD
                 Mineola N.Y. 11501


DEFENDANT 15     ASSISTANT DISTRICT ATTORNEY
                        OR
                 ADA\ VITAGLIANO
                 262 OLD COUNTRY ROAD
                 Mineola , N.Y. 11501


DEFENDANT 16     ATTORNEY DAVID HABER
                 114 OLD COUNTRY ROAD Suite 216
                 Mineola N.Y. 11501


Defendant 17     LEGAL AIDE Society
                 40 MAIN STREET
                 HEMPSTEAD NY 11550
                 N. SCOTT BANKS - Attorney-in-Chief
                 TARYN J. SHECHTER. ESQ.


Defendant 18     ATTorney Martin GoldBerg
                 672 DOGWOOD Ave
                 FRANKLIN Square, N.Y. 11010

(statement of claim) (continued) Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.) On 2/23/18 Det. L. Brue and Det. Coughlin Used a RUSE of Trickery And Deceit to gain entrance into my home without a warrant. I Live at (APT 502) 1299 Corporate Drive Westbury NY 11590. At Around 4:15PM I was told on the Phone by A Police officer that These Detectives were Coming by my home to Return My stolen Property, I reported Stolen from me on 1/16/18 at the third Precinct. At 4:30PM They entered My home without the Stolen Property And Arrested Me, No warrant was Shown. Later at the 3rd Squad I was Robbed of $5,000.00 which I told the Detectives was for back Rent Money to Stop an eviction. Det. L. Brue Smoked Marlboro Lights and I Smoked Newports while he counted my Money, we were alone. After counting the Money he said he was going to Voucher it along with My other effects. No Money Made it to My Jail Account. Det. Kevin Maddad, Det. Darrell S. Coughlin, Det. Jona Mitchell, Det. Larry Brue Det Ryan Hides, Det. Sgt Jeffrey S. Raymond All Filed False Statements on the Felony complaints. Steven Schwartz, Carolyn Kelly, ADA Marino, ADA Vitagliano, District Attorney Madeline Singas, did not throughly Review the matter Nor did They investigate after I made the Fraud known to Them by Aff. dav. is dated May 21, 2018, June 12, 2018, They should have Known a warrant was required to arrest Me in the Home. The District Attorney's office Continued to Threaten me about add. tional charges if I did not Plead Guilty. According to Att'y Dave Hager, Att'y Mark H. Goldberg. Arraignment Judge Erica L. Prager Did Not protect my Rights or effectuate them in fact her Actions were discriminatory where she on 2/24/18 She Violated the rules of Law when I the only Male of africas descent came before Her. She failed to inform the Accused of his right to counsel and failed to conduct minimal inquiry to determine whether accused was ever entitled to Assigned Counsel. Equally failing to inform the Accused of Right to a prompt hearing The court record will show that Judge Prager Rejected physical report because the picture of person on NYSID and the Accused are two different Peoples. She Could not identify the Accused with 100% Accuracy or Certainty in the Arraignment Recital, instead under the Guise of USIS's Local Rap Sheet she abandoned established Rules of Law and Utilized The Black Slave Code indentification Process all Niggers Look alike. — Continued — A, B

If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

Mental Anguish, Pain and Suffering, FRAUD UPON COURT MALICIOUS PROSECUTION, FALSE Arrest, UNLAWFUL IMPRISONMENT, Violation of Civil Rights Act of 1871, Racial Discrimination, Violation of The EMANCIPATION PROCLAMATION. Violation of My Vested, Antecedent RIGHTS, Deprivation of Due Process, EQUAL Protection, Access to Courts, Right to Counsel, The BLACK SLAVE Codes, CREATING CONTRACTS where None EXISTED, UNJUST ENRICHMENT, LOSS of Wages, HOMELESSNESS Political oppression of ELECTED OFFICIAL, SLAVE Trading

4

(CONTINUED) The Judges Robert Bogle and Judge David Sullivan on 4-10-18 at 4. Both Violates the Provisions #$ 180.20 5d(3) I don't believe that their was a Lawful Court order for Removal and I believe the Drug Court did hamper the Judicial Process by sending a Notice to the defendant as required by law. Both Judges were committing Judicial Legisla From the bench., Deprives the Accused a procedural advanta by dishonor.

JUDGES PRAGER, BOGLE, SULLIVAN, Racially discriminated against me, by Depriving me of a Right to Counsel and Denying me access to the Courts. They refuse to release Accused who is a duly elected Governor of the People of the Emancipation Proclamation.

These Defendents are all hiding behind the BADGE OF Legislative Fiat and Seek Shelter of the 11th Amendment AND the County of NASSAU, Absolute immunity Does NOT Extend, Nor is it Conferred to FRAUD.

The County of NASSAU has No Rule, Regulation or Statute, ordinance to Act as a deterent, or Preventative Measure to insure Equality or Fairness by Police and Courts. Whoare Hiding Behind the Legislature is a sorry excuse. If NASSAU COUNTY has a Ø ZERO tolerance on Crime. Then that Zero Tolerance should also Extend to Governmental FRAUD. Racism, Unfair AND unequal Protection of Law. ALL DEFENDENTS Work under the Banner of Doing Business in Behalf OF NASSAU COUNTY. Their Malfeasance is NASSAU County Malfeasance, Negligence, HARM and Error.

THAT THE ARREST of ACCUSED AND COMMENCEMENT OF THE ACTION, Created Contracts that did not EXIST and ALL THE DEFENDENTS PROFITTED FINANCIALLY FROM THIS SHAM ARREST..

(A)

That the COUNTY OF NASSAU was Given NOTICE Pursuant To Gen Municipal Law 50E; NOTICE OF INTENT. They Were Notified in a Timely Manner according to Law See attached Notice And Certified Mailing Receipt For Merchandise (EXHIBITS. 1, 2)

That I was Never assigned Counsel, and that any attempt to Assign Counsel was done without my Knowledge or consent. I base these facts on a Court Stenographic Record That is Silent, no inquiry or Recital.

That I Never Consented to waiving any rights, and any rights which were waived by Counsel was done without my Knowledge or consent And has previously disavowed as Fraudulently done to deprive Me of Due Process.

The Reassignment of Counsel is Extrinsic Fraud, A Ruse by the Court to decieve the Accused Right of Appearance, in order to force a Benefit upon the Accused So it Appears the Accused Accepted the Reassignment <Benefit> Which Appears Voluntary, But its Hidden Agenda is to invoke an eStoppel So that The Accused is eStopped by Court Benefit to invoke the Jurisdiction of Another Court. David Haber, Legal Aide Society and Martin Goldberg Assignments were illusory and designed to Conceal intrinsic Fraud.

That due to Fraud upon the Court, Counsel David HABER Acted in Concert with the DISTRICT ATTorneys office To Conceal Jurisdictional defects and Factual insufficency Of False statements Made by the Police within the Felony Complaints, And The FACT That all Counsels Knew that The District attorney Did Not Possess a warrant of Arrest These Counsels Concealed these facts by ATTempting Place the Accused in a Drug Program or Plea Bargain for 3 to 5 to 7 years imprisonment.

That The DISTRICT ATTorney was Sent Notice of The Change of STATUS of The Petitioner, AS a duly elected First Statesman And Governor of The People of The Emancipation Proclamation (See attached Notices and certificate of election) Dated 7/14/18
(EXHIBITS 3, 3A, 3B, 4)

(B)

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COUNTY ATTORNEY
NASSAU COUNTY
1 WEST STREET
Mineola, N.Y. 11501

9590 9402 2128 6132 7090 16

2. Article Number (Transfer from service label)

7015 3010 0001 5141 0535

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

EXHIBIT 1



**USPS TRACKING #**

9590 9402 2128 6132 7090 16

**United States**
**Postal Service** C/o

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Michael Matthews  B3-B8
100 Carman Ave
East Meadow, N.Y [11554]

CC# 18001257

EXHIBIT 1

*In the matter of the Claim of:*

[MICHAEL MATTHEWS]
LULA MATTHEWS          *Claimant(s),*

-against-

**COUNTY OF NASSAU, et al**         <u>NOTICE OF CLAIM</u>
DET. BRUEL OR

OTHERS          *Respondent(s).*

*To the above-named respondents:*

**PLEASE TAKE NOTICE** that the above-named claimant hereby makes claim against you as follows:

1. Name and Post Office address of each Claimant *(and Attorney if any):*

c/o MICHAEL MATTHEWS / LULA MATTHEWS
100 CARMAN AVE
EAST MEADOW, NY
63-B-38   "11554          ?

2. Nature of the Claim:
THEFT of RENT, Violation of Civil Rights Act   Breach of Bond + Void Commit Order/Bond   NYS OR
FALSE ARREST, MISTAKE + NO Maritime CONTRACT, with NASSAU Coun
FRAUD UPON THE COURT, Operating Under Color of Law,

3. Date, Time, Place and Manner in which the Claim arose:
2/23/18 1299 Corporate Drive #502, WESTBury NY 11590, Det. Bru
fuse of Truckers To gain entrance to Private Property + ABDUC
ME Under (BLACK SLAVE Code, Robbed ME of $5000.00 USC, Never Vi
ng Back Rent money, (Back Rent Money, AT or around 4:30pm,
RACISM

4. Items claimed to have been damaged, or injuries claimed to have been sustained:
$5,000.00 USC, LOSS of Living quarters, Loss of employ wage
$500,000,000.00   BROKEN HEART, FALSE ARREST
Void COMMITMENT ORDER/Bond, Civil Ri

EXHIBIT 2

**PLEASE TAKE FURTHER NOTICE** that the aforementioned claim is hereby presented to you for adjustment and payment in the sum of $500,005,000.00 .00. In case of your failure to make adjustment and payment within the statutory time-frame for such cases made and provided, an action will be commenced against you to recover the sum of the damages claimed herein together with costs, and interest from 2/25 2018 .

Dated: East Meadow, New York
March 21 , 2018 .

To: County Attorney
Nassau County
1 West Street
Mineola, NY 11501

*Yours, etc.*

_____

*Claimant, Pro Se*
CC:
100 Carman Avenue
East Meadow, NY 11554

## Verification

I, MICHAEL MATTHEWS, the claimant in the above-captioned claim, verify that I am the claimant, that I have read the foregoing claim, and know the contents thereof, that the same is true to the best of my knowledge except as to those matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

_____

## Acknowledgement

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

On the 21st day of March , 20 18 , before me personally came Michael Matthews to me known and known to me to be the individual described in the foregoing and he duly acknowledged before me that he executed the same.

_____
NOTARY PUBLIC, State of New York

Deborah Ann Sappia
Notary Public, State of New York
No. 01SA6366851
Qualified in Nassau County
Commission Expires 10/16/2021

EXHIBIT 2

# AFFIDAVIT OF SERVICE

I, _Michael Matthews_ , being duly sworn deposes and says:

I have placed and submitted the within; _Notice of Claim_

_____,

and copies of the moving papers, to the following parties in this action, to be mailed via, the United States Postal Service, by placing the same in the mail box located at the Nassau County Correctional Center, 100 Carmen Ave, East Meadow, New York 11554, on the _28_ day of _March_, 200_8_

Parties to who the above have been sent are as follows:

_County Attorney Nassau County_
_1 West Street_
_Mineola NY 11158_

Respectfully Submitted,

_Michael Matthews_

SWORN TO BEFORE ME THIS

_28th_ DAY OF _March_, ~~2006~~ _2018_

_Robert Holmes_

NOTARY PUBLIC
ROBERT EMMET HOLMES
Notary Public, State of New York
No. 01HO6371128
Qualified in Nassau County
Commission Expires February 20, 20_22_

EXHIBIT 2

PURSUANT TO TITLE 42 U.S.C. subsec 1983.

DeT. BRUE, La IN E Quity "your Fraud will Find you out!"
ON 2/23/18 You and Parties Unknown at This time, Conducted
a Ruse of Trickery and deceit to gain entrance to private
Property without a Warrant. Telling me on the telephone that
My Stolen PropeRty was Recovered and being Returned to me. I
reported on 11/6/18 at 3rd Precinct that my property "Wallet"
With important effects was Stolen. You lied to My mother and
me and Used it as an opportunity to abduct me on Private
Property without a Warrant. Later at the 3rd Squad You Took
And CounTed $ 5000.00 U.S.C. from me, in which I told
You it was for back Rent. to Stop an eviction. While
We were both Smoking cigarettes, I Smoked Newports
and you Smoked marlboro lights. We were alone the whole
time. You took my money and Personal effects and said you
Were going to Voucher it. On 2/24/18 No Money was on my N.C.
Jail Account, only $1 dollar & assorted coins. PLEASE TAKE
NOTICE: I will Prosecute you according to law. Your Police actions
are covered by "underwriters insurancebonds", Which is a Maritime Contract.
You breached Your "oath" on the Special Conditions of your Employment Contract &
Public officers law. I Shall Place you in involuntary bankruptcy and Liquidate
your Assets and dispose of Said assets in a Foreign Jurisdiction. Yourself
and Det. Mitchell are liars. You Fabricated Statements, filed false Instruments
on the Court. Under the Principles of Unwritten Common law You Committed

## FRAUD UPON THE COURT!

cc: Clerk of U.S. DC, ED
cc: NCP Internal Affairs
cc: NC RISK Management

ALL RIGHTS RESERVED

Dated 4-6-18
REGISTRATION # DBL1320EDNY-Fed

c/o
(M. Matthews)

TO: CLERK OF COURT

PEOPLE
v
M. MATTHEWS

PLEASE   Forward  1 of the  2 copies

To the District Attorneys office, AND

one copy to the above-titled Court File.

Élection de Conventis

Thank you.

DISTRICT COURT OF NASSAU County
    262 old Country Road
    Mineola . N.Y. 11501
    ATTN: Judge Erica L Prager
DISTRICT ATTORNEY OF NASSAU County
    262 old Country Road
    Mineola N.Y. 11501
    ATTN: DISTRICT Attorney Madeline Singas

CC:
Clerk of U.S. District Court EDN:
100 FEDERAL PLAZA
CENTRAL ISLIP, N.Y. 11722
ATTN: Pro Se office

Dated  7/14/18

EXHIBIT 3

From The Desk of The Governor of The People of The Emancipation Proclamation.

Greetings: To Whom it may Concern:

I am advising you of a Change in my Status, I am The duly elected Governor of The People of The Emancipation Proclamation. The Continued false imprisonment of me is a serious Federal Criminal Charges. The First of which is insurrection and Rebellion against the United States Government. The Second being a Violation against the Law of Nations. The act of engaging in Slave Trading; is a Intentional Crime. Please adjust your documents I. Reflect these charges. This invidious discrimination and confinement is a Charge against you. I intend to Prosecute all violators in Federal jurisdiction.

Notice to the Principal is Notice to the Agent. Notice to the agent is Notice to the Principal.

Respectfully

Governor Hon. Michael Matthews

Dated: 7/14/18

EXHIBIT 3A

# NOTICE

## OF

# ELECTED GOVERNORSHIP

## OF

# THE PEOPLE OF THE

# EMANCIPATION PROCLAMATION

EXECUTED BY GENERAL ELECTION

AT 9:00AM EST, ENDING AT 11:00PM EST, IN THE UNITED STATES

A LAWFUL VOTE WAS CAST AND

THE FIRST STATESMAN AND GOVERNOR

of

THE PEOPLE OF THE EMANCIPATION PROCLAMATION

duly ELECTED

on

July 7, 2018

GOVERNOR

Hon. Michael Matthews

SEALED

EXHIBIT 3B

CERTIFICATE

GREETINGS:

To Whom It May Concern:

Elections for Governor occured on July 7, 2018 at 9:00 AM, EST. in the United States, and ended at 11:00 pm EST. The People of the Emancipation Proclamation, Wasted 155 years to Organize and assemble and fail to Cast Votes to Elect a Governor. I, Michael Matthews a descendant of afore-said People. After Renouncement of any other Cityzenships or Contractual Duties or obligations Cast my vote. There being No opposition. I am duly Self elected First Statesman and First Governor of the People of The Emancipation Proclamation. I swear to uphold my duties and will work diligently to Perform to the best of my abilities for the Next Eight years of Service.

So help me Almighty God!

SEAL

PRE-1933 AD HOC
(GOD BOND NO. 1055 46998 MM)
Actio Stricti Juris

Governor
Hon. Michael Matthews

WITNESS:

Shawson Wills  SECRETARY OF STAFF

Dated July 7, 2018

EXHIBIT 4

The Emancipation Proclamation, January 1, 1863

By the President of the United States of America:

# A Proclamation.

Whereas, on the twenty-second day of September, in the year of our Lord one thousand eight hundred and sixty-two, a proclamation was issued by the President of the United States, containing, among other things, the following, to wit:

"That on the first day of January, in the year of our Lord one thousand eight hundred and sixty-three, all persons held as slaves within any State or designated part of a State, the people whereof shall then be in rebellion against the United States, shall be then, thenceforward, and forever free; and the Executive Government of the United States, including the military and naval authority thereof, will recognize and maintain the freedom of such persons, and will do no act or acts to repress such persons, or any of them, in any efforts they may make for their actual freedom.

"That the Executive will, on the first day of January aforesaid, by proclamation, designate the States and parts of States, if any, in which the people thereof, respectively, shall then be in rebellion against the United States; and the fact that any State, or the people thereof, shall on that day be, in good faith, represented in the Congress of the United States by members chosen thereto at elections wherein a majority of the qualified voters of such State shall have participated, shall, in the absence of strong countervailing testimony, be deemed conclusive evidence that such State, and the people thereof, are not then in rebellion against the United States."

Now, therefore I, Abraham Lincoln, President of the United States, by virtue of the power in me vested as Commander-in-Chief, of the Army and Navy of the United States in time of actual armed rebellion against the authority and government of the United States, and as a fit and necessary war measure for suppressing said rebellion, do, on this first day of January, in the year of our Lord one thousand eight hundred and sixty-three, and in accordance with my purpose so to do publicly proclaimed for the full period of one hundred days, from the day first above mentioned, order and designate as the States and parts of States wherein the people thereof respectively, are this day in rebellion against the United States, the following, to wit:

Arkansas, Texas, Louisiana, (except the Parishes of St. Bernard, Plaquemines, Jefferson, St. John, St. Charles, St. James Ascension, Assumption, Terrebonne, Lafourche, St. Mary, St. Martin, and Orleans, including the City of New Orleans) Mississippi, Alabama, Florida, Georgia, South Carolina, North Carolina, and Virginia, (except the forty-eight counties designated as West Virginia, and also the counties of Berkley, Accomac, Northampton, Elizabeth City, York, Princess Ann, and Norfolk, including the cities of Norfolk and Portsmouth[)], and which excepted parts, are for the present, left precisely as if this proclamation were not issued.

And by virtue of the power, and for the purpose aforesaid, I do order and declare that all persons held as slaves within said designated States, and parts of States, are, and henceforward shall be free; and that the Executive government of the United States, including the military and naval authorities thereof, will recognize and maintain the freedom of said persons.

And I hereby enjoin upon the people so declared to be free to abstain from all violence, unless in necessary self-defence; and I recommend to them that, in all cases when allowed, they labor faithfully for reasonable wages.

And I further declare and make known, that such persons of suitable condition, will be received into the armed service of the United States to garrison forts, positions, stations, and other places, and to man vessels of all sorts in said service.

And upon this act, sincerely believed to be an act of justice, warranted by the Constitution, upon military necessity, I invoke the considerate judgment of mankind, and the gracious favor of Almighty God.

In witness whereof, I have hereunto set my hand and caused the seal of the United States to be affixed.

Done at the City of Washington, this first day of January, in the year of our Lord one thousand eight hundred and sixty three, and of the Independence of the United States of America the eighty-seventh.

By the President: ABRAHAM LINCOLN
WILLIAM H. SEWARD, Secretary of State.

I AM SEEKING a CIViL PeNaLTY iN The AMOUNT of
$ 500,005,000.00 Million Dollars + 5000.00, iN
Five Hundred
FuNctioNal UNiTed STATes Currency

I declare under penalty of perjury that on ___7/19/18___, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this __19__ day of ___July___, 20_18_. I declare under penalty of
perjury that the foregoing is true and correct.

Michael Matthews 33⅓°
**Signature of Plaintiff**

NASSAU CouNty Jail
**Name of Prison Facility**

100 Carman Ave
Eastmeadow, NY 11554
**Address**

18001257
**Prisoner ID#**

5

Dated: _July_ _19_ _, 20_ _18_

_East Meadow_ , New York

_Michael Matthews_ 33 1/3°

Signature

_Michael MATTHEWS_ 33 1/3°

Print Name


STATE OF NEW YORK )
                  ) ss.:
COUNTY OF         )

I, _Michael Matthews_ 33 1/3°, am the Claimant in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The contents are true to my own knowledge except as to matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

_Michael Matthews_ 33 1/3°

Signature


Sworn to before me on this _19th_
day of _July_ _, 20_ _18_.

_M[signature]_

Notary Public

STEVE R MCLAUGHLIN
Notary Public, State of New York
No. 01MC6371058
Qualified in Nassau County
Commission Expires 02/20/2022