## UNITED STATES DISTRICT COURT
### FOR THE
## EASTERN DISTRICT OF NEW YORK

**Douglas C Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Carol McMahon**
Chief Deputy



Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(718) 613-2270

December 20, 2019

Michael Matthews (#18001257)
Nassau County Correctional Center
100 Carman Avenue
East Meadow, NY 11554

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 20 2019 ★
LONG ISLAND OFFICE

Re: 18-CV-4227(JMA)(AKT), Matthews 33 1/3 v. Prager et. al.

Dear Mr. Matthews:

    This correspondence is in response to your undated letter received by the Court on December 16, 2019, in which you requested that we add three defendants to the above referenced action. To the extent you wish to file an amended complaint, please find the enclosed form and instructions. Please be advised that pursuant to the September 13, 2019 Memorandum and Order (attached), this action is stayed pending the conclusion of the state court criminal proceedings. As such, the filing of an amended complaint would be premature at this time.

Please contact the *Pro Se* Office if you require further assistance.

Sincerely,

J. Grady
*Pro Se* Office
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6060

Enc.
Mailed to litigant 12/20/19